203 So.2d 87

**Mary Quine GORE et al.**

v.

**Walker Y. RONALDSON.**

No. 48865.

Oct. 20, 1967.

Writ refused. No error of law in the judgment of the Court of Appeal.

203 So.2d 87

**AMERICAN TILE & TERRAZZO COMPANY**

v.

**Edward H. KEILER.**

No. 48877.

Oct. 20, 1967.

Not considered. Not timely filed.